

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00149-CV

_____

MATTHEW MURRAY AND COCA-COLA REFRESHMENTS USA, INC.,
Appellants and Cross-Appellees

V.

STEPHEN WATSON AND LYNNDORA RANSOM, INDIVIDUALLY, AND ON
BEHALF OF DESMOND JONES, DECEASED, Appellees and Cross-
Appellants

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-290806-17

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

On May 10, 2019, and May 24, 2019, we notified cross-appellants Stephen Watson and Lynndora Ransom, Individually, and on Behalf of Desmond Jones, Deceased, in accordance with rule of appellate procedure 42.3(c), that we would dismiss the cross-appeal unless the $205 filing fee was paid  *See* Tex. R. App. P. 42.3(c), 44.3.  Cross-appellants have not done so.  *See* Tex. R. App. P. 5, 12.1(b).

Because cross-appellants have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the cross-appeal of Stephen Watson and Lynndora Ransom, Individually, and on Behalf of Desmond Jones, Deceased.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Cross-appellants must pay all costs of the cross-appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  June 6, 2019

---

[1] *See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).